### COHEN v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term. November 10, 1904.)

1. APPEAL—OBJECTIONS NOT MADE AT TRIAL.

An objection that an order allowing a preference in the trial of a case was in violation of a City Court rule could not be made for the first time on appeal from such order.

Appeal from City Court of New York, Special Term.

Action by Reuben Cohen, by his guardian, etc., against the Interurban Street Railway Company. From an order of the New York City Court granting plaintiff's motion to prefer the trial of the action and placing the same on the day calendar for trial October 3, 1904, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

Bayard H. Ames and F. Angelo Gaynor, for appellant.
H. Kuntz, for respondent.

PER CURIAM. Plaintiff did not rely upon the fact of infancy alone to secure a preference under section 791, Code Civ. Proc.,

but other circumstances are specifically set forth in the moving papers upon which the discretion of the court might well have been exercised. Morse v. Press Publishing Co., 71 App. Div. 352, 75 N. Y. Supp. 976; Eising v. Young, 38 Misc. Rep. 12, 76 N. Y. Supp. 698.

It is further claimed that the order was made in violation of rule 3 of the City Court, but no objection upon this ground was taken in the court below, and it cannot be presented for the first time on appeal.

Order affirmed, with costs and disbursements.